UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 2:14-CR-00619 |
| | § | |
| v. | § | |
| | § | |
| LLESSICA BARRERA | § | |
| | § | |
| Defendant. | § | |

## ~~PROPOSED~~ ORDER

Having reviewed the Defendant Llesica Barrera's Unopposed Emergency Motion to Clarify or Modify the Judgment, the Court grants the Motion. It is hereby **ORDERED** that the terms of Ms. Barrera's revocation sentence are modified as follows:

1. Ms. Barrera's sentence of imprisonment is reduced from six months to four months.

2. Upon completion of Ms. Barrera's sentence of imprisonment, she shall serve two months of supervised release with all standard conditions of supervised release and an additional condition that she participate in a residential drug and alcohol treatment program at a facility to be designated by the Probation Office.

An amended judgment shall issue.

SIGNED in Houston, Texas this 13th day of August, 2018.

_____
THE HONORABLE LEE H. ROSENTHAL.
CHIEF UNITED STATES DISTRICT JUDGE

770786.1